AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Nevada

```
FILED                    RECEIVED
___ ENTERED          ___ SERVED ON
                     COUNSEL/PARTIES OF RECORD

      JUL 27 2020

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

| | |
|---|---|
| United States of America<br>v.<br>_____MITSUKI MURAKAMI-GUEVARA_____<br>*Defendant* | ) Case No. 2:20-mj-596-EJY<br>)<br>) Charging District: District of Arizona<br>) Charging District's Case No. CR-19-50147-PHX-JJT |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Sandra Day O'Connor U.S. Courthouse<br>401 W. Washington St., Suite 130, SPC 1<br>Phoenix, AZ 85003-2118 | Courtroom No.: TBD |
|---|---|---|
| | | Date and Time: TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: _____July 27, 2020_____

_____
Judge's signature

_____ELAYNA J. YOUCHAH, United States Magistrate Judge_____
*Printed name and title*